# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MARK A. NIXON,

              Petitioner

        v.

ORLANDO HARPER, ET AL,
COMMONWEALTH OF PA,

            Respondents

:  No. 21 WM 2019

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of July, 2019, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282, 293 (Pa. 2010) (explaining that a *pro se* filing presented by an appellant represented by counsel is a "legal nullity"). The Prothonotary is DIRECTED to forward the filings to counsel of record.